# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00049-CV

**ACandS, Inc., Appellant**

**v.**

**Dorothy A. Lehmann, Individually and as Personal Representative of the Heirs and Estate of Clarence R. Lehmann, Deceased; Alan Sweeten; Eugene Kanak; James Jones; James Scott; and Henry Taylor, Appellees**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. 26,342-A, HONORABLE EDWARD P. MAGRE, JUDGE PRESIDING

The parties have filed an amended joint motion to dismiss and an amended joint motion to expedite the issuance of mandate. We dismiss the joint motion to dismiss and the joint motion to expedite, we grant the amended joint motion to dismiss, and we grant the amended joint motion to expedite the issuance of mandate.

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Joint Motion

Filed: April 25, 2002

Do Not Publish